UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YOLANDA MATARAZZO,

                    Plaintiff,

-against-

AMERICAN AIRLINES, INC.,
AMR CORPORATION d/b/a AMERICAN AIRLINES,
AMERICAN EAGLE, INC.,
AMR EAGLE HOLDING CORP. d/b/a AMERICAN EAGLE,
and "JANE DOE" being a fictitious name,

                    Defendants.
----------------------------------------------------------------X

07-CV-238 (NAM)(GHL)

**STIPULATION OF DISCONTINUANCE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiff and defendants AMERICAN AIRLINES, INC., AMR CORPORATION d/b/a AMERICAN AIRLINES, AMERICAN EAGLE, INC., AMR EAGLE HOLDING CORP. d/b/a AMERICAN EAGLE the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiff's action is hereby dismissed, <u>with prejudice</u>, without costs to either party as against the other.

Dated: New York, New York
          January 16, 2008

_____
J. Mark McCarthy, Esq. (Bar No. 301374)
**COULTER, VENTRE AND McCARTHY, LLP**
Attorneys for Plaintiff
636 Old Liverpool Road
Liverpool, New York 13088
(315) 475-8461

_____
David S. Rutherford (Bar No. 508825)
**RUTHERFORD & CHRISTIE, LLP**
Attorneys for Defendants,
AMERICAN AIRLINES, INC., AMR CORPORATION, AMERICAN EAGLE AIRLINES, INC., and AMR EAGLE HOLDING CORP.
369 Lexington Avenue, 8th Floor
New York, New York 10017

SO ORDERED:

_____
Hon. Norman A. Mordue
Chief United States District Judge